# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARKIQUSE CHESS,

    Plaintiff,

v.

TROY GARDINER PIEPER, *et al.*,

    Defendants.

Case No. 2:24-cv-00466-CDS-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Both parties have failed to do so. Accordingly, each party must file its certificate of interested parties no later than March 15, 2024.

IT IS SO ORDERED.

Dated: March 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1