# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARKIQUSE CHESS,

    Plaintiff,

v.

TROY GARDINER PIEPER, *et al.*,

    Defendants.

Case No. 2:24-cv-00466-CDS-NJK

**Order**

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship attributed to him. *See* Docket No. 4.

Accordingly, Plaintiff must file an amended certificate of interested parties by March 15, 2024, fully identifying the citizenship attributed to him.

IT IS SO ORDERED.

Dated: March 13, 2024

                        Nancy J. Koppe
                        United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.