# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARKIQUSE CHESS,<br>     Plaintiff,<br>v.<br>TROY GARDINER PIEPER,<br>     Defendants. | Case No. 2:24-cv-00466-CDS-NJK<br>**Order**<br>[Docket No. 25] |

On June 26, 2024, the Court denied the parties' stipulation that Plaintiff will submit to an independent medical examination, as well as the procedures for that examination. Docket No. 24. The Court explained therein that judicial oversight was unnecessary for this discovery stipulation. *See id*. The parties then filed another stipulation that Plaintiff will submit to an independent medical examination, as well as the procedures for that examination. Docket No. 25. It is not clear why this was filed. If the parties are seeking judicial approval, they have not shown that it is necessary. If the parties are simply seeking to memorialize their discovery agreement on the docket, doing so is unnecessary and improper. *See, e.g.*, Local Rule 26-7.

Hence, the stipulation is **DENIED** as unnecessary. If the parties agree on this medical examination, then they should proceed with it and must cease filing documents on the docket regarding their agreement.

IT IS SO ORDERED.

Dated: June 27, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE